# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

TARA MELVILLE, AS ADMINSTRATRIX OF THE ESTATE OF CURTIS L. MELVILLE, III AND ON HER OWN BEHALF

        v.

TEMUR DAVRONOV, ECO TRUCKING, LLC, TOTAL QUALITY LOGISTICS, LLC, COIM USA, INC.

PETITION OF: TOTAL QUALITY LOGISTICS, LLC

:  No. 150 EAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.